# *UNITED STATES DISTRICT COURT*
## *SOUTHERN DISTRICT OF OHIO*

JUDGMENT IN A CIVIL CASE

| | | |
|---|---|---|
| SIDNEY T. LEWIS, *et al.* | : | |
| Plaintiffs, | : | Civil Action 2:09-cv-179 |
| v. | : | Judge Marbley |
| NORTH AMERICAN SPECIALTY INS. CO., *et al.* | : | Magistrate Judge Abel |
| | : | |
| Defendants. | | |

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED That pursuant to the June 5, 2009 Order, the Court ADOPTS the Report and Recommendation of the Magistrate Judge; finds that all claims set forth in this case are barred by law. This case is DISMISSED with prejudice.

Date: **June 5, 2009**        **James Bonini, Clerk**

                              s/Betty L. Clark
                              Betty L. Clark/Deputy Clerk